**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| VAFA SHAMSAI-NEJAD,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>CCPD, *et al.*,<br><br>                    Defendant(s). | Case No. 2:12-cv-01203-APG-GWF<br><br>**ORDER DISMISSING CASE** |

On August 6, 2012, Magistrate Judge Foley entered his Order stating, in pertinent part: "that Plaintiff's Complaint (#1-1) is dismissed without prejudice, with leave to amend. Plaintiff shall have until September 3, 2012 to file an amended complaint correcting the noted deficiencies. Failure to file an amended complaint within the time allowed may result in a recommendation that Plaintiff's action be dismissed with prejudice." To date, Plaintiff has not filed an amended complaint. Accordingly,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice.

Dated: May 28, 2013

                                                                                    
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE